No. 134. SOUTHERN PACIFIC RAILROAD COMPANY, PLAINTIFF IN ERROR, *v.* FREDERICK B. JACK ET AL. In error to the Supreme Court of the State of California. November 3, 1902. Dismissed with costs, on motion of counsel for the plaintiff in error. *Mr. Maxwell Evarts* for the plaintiff in error. No appearance for the defendants in error.

---

No. 5. RAILROAD EQUIPMENT COMPANY, APPELLANT, *v.* SOUTHERN RAILWAY COMPANY ET AL. On writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit. November 6, 1902. Dismissed with costs, per stipulation. *Mr. Tully R. Cormick, Mr. Wager Swayne* and *Mr. Alex. C. King* for the appellant. *Mr. Francis Lynde Stetson, Mr. Leon Jourolmon* and *Mr. W. A. Henderson* for the appellees.

---

No. 503. RICHARD C. KETCHUM, PLAINTIFF IN ERROR, *v.* UNITED STATES. In error to the Circuit Court of the United States for the Eastern District of Texas. November 10, 1902. Docketed and dismissed, on motion of *Mr. Solicitor General Richards* for the defendant in error. No one opposing.

---

No. 99. OWEN MCCANN, ETC., PLAINTIFF IN ERROR, *v.* COMMONWEALTH OF PENNSYLVANIA FOR USE OF LEVI WELLS, DAIRY AND FOOD COMMISSIONER. In error to the Supreme Court of the State of Pennsylvania. November 13, 1902. Dismissed with costs, pursuant to the 10th rule. *Mr. Simon R. Huss* for the plaintiff in error. *Mr. John P. Elkins* for the defendant in error.